IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | Case No. 12-00384-01-CR-W-FJG |
| MARCELINO RUIZ-REYES, | ) ) ) | |
| Defendant. | ) | |

## ORDER

On June 3, 2014, Defendant was ordered to undergo a competency evaluation. Defendant was examined by Dr. William S. Logan at the Corrections Corporation of America Detention Facility in Leavenworth, Kansas on June 26, 2014. It is the opinion of Dr. Logan that Defendant is competent to proceed. During the July 29, 2014 competency hearing held before Magistrate Judge Sarah W. Hays, the parties stipulated to Dr. Logan's Psychiatric Evaluation, and no other evidence was offered on the issue of defendant's competency to stand trial. Magistrate Judge Hays entered a Report and Recommendation that the Court find defendant is not currently suffering from a mental disease or defect which would prevent him from understanding the nature and consequences of the proceedings against him or assisting in his defense. No objections were filed to Magistrate Judge Hays' Report and Recommendation. Therefore, after making an independent review of the record, it is

ORDERED that the Report and Recommendation (Doc. No. 179) of Magistrate Judge Sarah W. Hays is adopted in its entirety, and this Court finds that Defendant is competent.


Date:  August 6, 2014              **S/ FERNANDO J. GAITAN, JR.**
Kansas City, Missouri              Fernando J. Gaitan, Jr.
                                   United States District Judge